**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERLOGIC OUTSOURCING, INC., IOI PAYROLL SERVICES, INC., IOI WEST, INC., LAKEVIEW HOLDINGS, INC., LAKEVIEW TECHNOLOGY, INC., MODEARN, INC., and TIMEPLUS SYSTEMS LLC,[1] | Case No. 19-31445-hcd (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPLICATION AND OPPORTUNITY TO OBJECT**

On September 16, 2019, Ice Miller LLP, co-counsel to the Official Committee of Unsecured Creditors, filed an Application for Order Authorizing the Retention and Employment of Ice Miller LLP as Co-Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to August 23, 2019 (the "Application").  If you have not received a copy of the Application, you may get one by contacting the person who signed this notice or at the clerk's office.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Application, then on or before October 7, 2019, you or your attorney must:

1. File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> United States Bankruptcy Court
> Clerk's Office
> 401 S. Michigan Street
> South Bend, IN 46601

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473).  The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

2.      You must also mail a copy of your objection to each of the following:

(a) Proposed counsel for the Official Committee of Unsecured Creditors:

| | |
|---|---|
| Jeffrey A. Hokanson<br>ICE MILLER LLP<br>One American Square, Suite 2900<br>Indianapolis, Indiana 46282-0200 | R. William Jonas<br>HAMMERSCHMIDT, AMARAL & JONAS<br>137 N. Michigan Street<br>South Bend, Indiana 46601 |

(b) Proposed counsel for the Debtors:

| | |
|---|---|
| Andrew T. Kight<br>JACOBSON HILE KIGHT LLC<br>The Elliott House<br>108 E. 9th Street<br>Indianapolis, Indiana 46202 | Matthew Murphy<br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606 |

(c) Counsel for the U.S. Trustee:

| |
|---|
| Susan J. Roberts<br>Office of the United States Trustee<br>One Michiana Square, Suite 555<br>100 East Wayne Street<br>South Bend, Indiana 46601 |

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated:  September 16, 2019

Respectfully submitted,

/s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Email: jeff.hokanson@icemiller.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 16, 2019, I electronically filed the **APPLICATION FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ICE MILLER LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO AUGUST 23, 2019,** the Notice and Opportunity to Objection for same, and this Certificate of Service, with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

- **Timothy W Brink**    tbrink@mpslaw.com, crampich@mpslaw.com
- **Michael F. DeBoni**    mdeboni@yaub.com, ktaft@yaub.com
- **Louis T DeLucia**    Louis.DeLucia@icemiller.com
- **Alyson M Fiedler**    alyson.fiedler@icemiller.com
- **Rebecca Hoyt Fischer**    rebecca@ladfislaw.com, roberta@ladfislaw.com
- **Nancy J. Gargula**    USTPRegion10.SO.ECF@usdoj.gov
- **Trevor Q. Gasper**    tgasper@thorindustries.com
- **Jared C. Helge**    jhelge@rlwlawfirm.com
- **Michael W. Hile**    mhile@jacobsonhile.com, badams@jacobsonhile.com;assistant@jacobsonhile.com
- **Jeffrey A. Hokanson(RD)**    jeff.hokanson@icemiller.com, bgnotices@icemiller.com
- **Christine K. Jacobson**    cjacobson@jhklegal.com, badams@jacobsonhile.com;assistant@jacobsonhile.com
- **R. William Jonas**    rwj@hajlaw.com, llp@hajlaw.com
- **Andrew Beare Jones**    andrew@attorney-jones.com
- **Matthew R. Kaczmarek**    mattk@sni-law.com
- **W. Randall Kammeyer**    wrkammeyer@hawkhaynie.com
- **Andrew T. Kight**    akight@jhklegal.com, akight@ecf.courtdrive.com
- **Alan R. Lepene**    alan.lepene@thompsonhine.com, ECFDocket@thompsonhine.com
- **Margaret Mary Marnocha**    maggie@attorney-jones.com
- **Michael D. Marston**    mmarston@bhlawyers.net
- **Mark A. Mintz**    mmintz@joneswalker.com
- **Michael P. O'Hara**    mpo@barrettlaw.com
- **Charity A Olson**    colson@olsonlawpc.com
- **Brian R. Pollock**    bpollock@stites.com
- **Landon K. Richmond**    lrichmond@yaub.com
- **Susan Jaffe Roberts**    Susan.J.Roberts@usdoj.gov
- **Nathan Q. Rugg**    Nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Wesley N. Steury**    wsteury@burtblee.com, SteuryWR67710@notify.bestcase.com
- **Matthew Strzynski**    matthew@merchocaughey.com, cgraham@kdlegal.com;crbpgpleadings@kdlegal.com;tsylvester@kdlegal.com
- **Jonathan D. Sundheimer**    jsundheimer@btlaw.com
- **Ellen L. Triebold**    Ellen.L.Triebold@usdoj.gov
- **Marianna R. Tucker**    mtucker@hahnwalz.com
- **Curtis Lee Tuggle**    curtis.tuggle@thompsonhine.com
- **Mark A. Warsco**    bkwarsco@rlwlawfirm.com, mwarsco@rlwlawfirm.com,bshanebrook@rlwlawfirm.com

and I hereby certify that on September 16, 2019, I served same on the following parties via first class mail, postage prepaid:

CO\6248736.2

**States' Attorneys General:**

State of Illinois Attorney General
Attention: Bankruptcy Dept
100 West Randolph Street
Chicago IL 60601

State of Arizona Attorney General
Attention: Bankruptcy Dept
1275 W. Washington St.
Phoenix AZ 85007

State of Ohio Attorney General
Attention: Bankruptcy Dept
30 E. Broad St., 14th Floor
Columbus OH 43215

State of Michigan Attorney General
Attention: Bankruptcy Dept
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing MI 48909-0212

State Of Indiana Attorney General
Attention: Bankruptcy Dept
Indiana Government Center
South 302 W. Washington St., 5th Floor
Indianapolis IN 46204

State Of Florida Attorney General
Attention: Bankruptcy Dept
The Capitol, Pl 01
Tallahassee Fl 32399-1050

**Securities and Exchange Commission:**

Securities and Exchange Commission [Headquarters]
Attn: Secretary of the Treasury
100 F. Street NE
Washington DC 20549

Securities and Exchange Commission - NY
Attn: Bankruptcy Department
200 Vesey Street, Suite 400
New York NY 10281

Securities and Exchange Commission - Philadelphia
Attn: Bankruptcy Department
One Penn Center
1617 JFK Boulelvard, Suite 520
Philadelphia PA 19103

**Internal Revenue Service:**

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101

United States Attorney's Office
Civil Process Clerk
204 South Main Street Room MO-1
South Bend IN 46601

United States Department of Justice
Civil Trial Section Northern Region
Box 55 Ben Franklin Station
Washington, DC 20044

**Largest Unsecured Creditors and Parties Requesting Notice:**

E-Gineering
Attn: Troy Kelley, Don Taggart
8415 Allison Pointe Blvd, Suite 200
Indianapolis, IN 46250

Federal Express
Attn: Frederick W. Smith
3610 Hacks Cross Road A
Memphis, TN 38125

Aunalytics, Inc
Attn: Nitesh Chawla, Greg David & David Cieslak
460 Stull St. Suite 100
South Bend, In 46601

Swipeclock.Com
Attn: Coleman Barney
10813 S River Front Pkwy #525
South Jordan, Ut 84095

Mce Inc
Attn: Mike Presnal
1925 Goodson Ct
South Bend, In 46613

Trace3
Attn: Jay Debois
5555 Corporate Exchange Ct
Grand Rapids, Mi 49512

Blackbaud, Inc
Attn: President Or General Counsel
65 Fairchild Street
Charleston, Sc 29492

CO\6248736.2

Vonage Business
Attn: President Or General Counsel
23 Main Street
Holmdel, Nj 07733

Firevine Advertising & Design
Attn: President Or General Counsel
101 E. Mishawaka Ave.
Mishawaka, In 46545

Cdw Computer Centers, Inc.
Attn: Thomas E. Richards
200 North Milwaukee Avenue
Vernon Hills, Il 60063

That Essential Spark
Attn: President Or General Counsel
15 Robin Lane
Greenland, Nh 03840

Proforma Corporate Solutions
Attn: President or General Counsel
6800 West Gate Blvd, Ste 132-474
Austin, Tx 78745

Midwest Automated Time Systems
Attn: President Or General Counsel
2324 West 63rd Street
Davenport, Ia 52806

Aquascapes Of Michiana
Attn: President Or General Counsel
58416 County Road 7
Elkhart, In 46517

Axiatp
Attn: Roger Veach, Jason Ross, Josh Ross
151 N. Delaware Street, Suite 1750
Indianapolis, In 46204

Get Fit Get Healthy
Attn: President Or General Counsel
2606 Peddlers Village Rd. Suite 215
Goshen, In 46526

Barnes & Thornburg, Llp
Attn: Bradford G. Addison
100 North Michigan
South Bend, In 46601-1632

Shrm
Attn: David Windley, Coretha M.
Rushing, Johnny C. Taylor, Jr.
1800 Duke St
Alexandria, Va 22314

Us Signal
Attn: President Or General Counsel
201 Ionia Ave Sw
Grand Rapids, Mi 49503

Flexential
Attn: President Or General Counsel
8809 Lenox Pointe Drive Suite G
Charlotte, Nc 28273

Quill Corporation
Attn: President Or General Counsel
100 Schelter Rd
Lincolnshire, Il 60069

Logmein Usa, Inc.
Attn: President Or General Counsel
320 Summer Street
Boston, Ma 02210

Moser Consulting
Attn: Tyron Moser
6220 Castleway West Drive
Indianapolis, In 46250

Mailfinance
Attn: President Or General Counsel
478 Wheelers Farms Road
Milford, Ct 06461

Shred-It Usa
Attn: President Or General Counsel
81 Walsh Drive
Parsippany, Nj 07054

Corporate Graphic Solutions
Attn: President Or General Counsel
2929 Mishawaka Ave
South Bend, In 46615

Syncstream Solutions
Attn: President Or General Counsel
#1 Galleria Blvd Ste 1518
Metairie, La 70001
Avis Rent A Car System, Inc
Attn: President Or General Counsel
7876 Collections Center Drive
Chicago, Il 60693

Lcwr
Attn: President Or General Counsel
C/O Nix Conference And
Meeting Management
St. Louis, Mo 63143

Lasership, Inc
Attn: President Or General Counsel
1912 Woodford Rd
Vienna, Va 22182

Interlogic Outsourcing, Inc.
Attn: David Wikel
1710 Leer Drive
Elkhart, In 46514

Thomas Kirsch II
Office of the U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320

Ken Hayes
Office of the U.S. Attorney
204 S. Main Street, Room M01
South Bend, IN 46601

Kathryn O'Connor
Special Agent – IRS – CI
100 East Wayne Street
South Bend, IN 6601

Indiana Department of Revenue
Bankruptcy Section MS108
100 N. Senate Avenue, N240
Indianapolis, IN 46204

Susan Zeringue
General Counsel, Archdiocese of New Orleans
7887 Walmsley Avenue
New Orleans, LA 70125-3496

Melissa M. Root
Boy Scouts of America
c/o Jenner & Block LLP
353 N. Clark Street
Chicago IL 60654

Jan Baker
KMC Controls
19476 Industrial Drive
New Paris IN 46553

Kim Barrier
The Center for the Homeless, Inc.
813 S. Michigan Street
South Bend, IN 46601

Barry K. Hall
Kruggel, Lawton & Co., LLC
210 S. Michigan Street, Suite
South Bend, IN 46601

Shelly Koelper
Synergid, Inc.
3010 Butler Ridge Pkwy
Ft. Wayne, IN 46808

Lori McLaughlin
AIL Operating LLC
56 Carmen Drive
Valparaiso, IN 46385

Dennis Naughton
Roman Catholic Diocese of Phoenix
400 E. Monroe Street
Phoenix, AZ 85004-2336

W. Scott Porterfield
200 West Madison St.
Suite 3900
Chicago, IL 60606

Barry S. Shein
Michael Boardley
The Commodore Corporation
P.O. Box 577
Goshen, IN 46527-0577

Tasha Pashalis
Aegean Restaurant Group
1405 Locust Street
Philadelphia, PA 19102

Indiana Employment Security Division
10 North Senate Ave.
Indianapolis IN 46204

Elkhart County Treasurer
Bankruptcy Clerk
117 North Second Street, Room 201
Goshen IN 46526

Secretary of the Treasury
15th & Pennsylvania Avenue
Washington DC 20220

Securities & Exchange Commission
Bankruptcy Section
175 W. Jackson Blvd, Suite 900
Chicago IL 60604

US Signcrafters
c/o Marianne R. Tucker, Attorney at Law
Hahn Walz, P.C.
509 W. Washington
South Bend IN 46601

CO\6248736.2

Mr. Peter Goodman
Baker & McKenzie LLP
452 Fifth Avenue
New York NY 10018

The Roman Catholic Church of the
Archdiocese of New Orleans
c/o Jones Walker LLP Attn: Mark Mintz
201 St. Charles Avenue
New Orleans LS 70170

Synergid, Inc.
d/b/a Paul Davis of Northeast Indiana
3010-1 Butler Ridge Pkwy.
Fort Wayne IN 46808

Ms. Megan Grant
Barack Ferrazzano Kirschbaum & Nagelberg
200 W. Madison Street, Suite 3900
Chicago IL 60606

John T Piggins
Miller Johnson
45 Ottawa Avenue SW
Grand Rapids, MI 49503

Stanley F. Orszula
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Dated:  September 16, 2019

Respectfully submitted,

/s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson