## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

NAJEEB AHMED KHAN,

    Debtor in Possession.

_____/

Chapter 11 – Filed 10/08/19
Case No. 19-04258
Honorable Scott W. Dales

NAJEEB AHMED KHAN,
SARAH AIR, LLC,
KHAN AVIATION, INC.,
KRW INVESTMENTS, LLC,
GN INVESTMENTS, LLC,
NJ REALTY, LLC,
NAK HOLDINGS, LLC,

    Plaintiffs,

v.

Adv. Pro. No.

KEYBANK, N.A.,

    Defendant.

_____/

### COMPLAINT FOR AVOIDANCE AND RECOVERY OF TRANSFERS

NOW COME, Najeeb Ahmed Khan, Sarah Air, LLC, Khan Aviation, Inc., KRW Investments, LLC, GN Investments, LLC, NAK Holdings, LLC (collectively referred to herein as the "Debtors"), by and through their counsel, and for their Complaint for Avoidance and Recovery of Transfers against KeyBank, N.A. states as follows:

1

## GENERAL ALLEGATIONS

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(I). This action is brought pursuant to 11 U.S.C. §§547, 548, 550 and Fed. R. Bankr. P. 7001.

2. Venue is proper in this district pursuant to 28 U.S.C. §1409.

3. The Debtors are all debtors in possession in bankruptcy cases pending before this Court.

4. KeyBank, N.A. ("KeyBank") is a national banking association with its principal place of business in Cleveland, Ohio.

5. On October 8, 2019 (the "Petition Date") Najeeb Ahmed Khan, Khan Aviation, Inc., GN Investments, LLC, KRW Investments, Inc., NJ Realty, LLC, NAK Holdings, LLC and Sarah Air, LLC filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

6. This is a Core Proceeding pursuant to 11 U.S.C. §157(b)(2).

## FACTUAL ALLEGATIONS

7. On or about February 8, 2008, Interlogic Outsourcing, Inc. ("Interlogic"), an Indiana corporation solely owned by Debtor, Najeeb Ahmed Khan ("Khan"), entered into a Cash Management Services Master Agreement ("Master Services Agreement") with KeyBank under which KeyBank agreed to perform cash management services for Interlogic in exchange for payment of certain fees. A copy of the Master Services Agreement is attached hereto as **Exhibit 1**.

8. On or about December 17, 2018, Interlogic entered into a Third Party Sender Services Agreement with KeyBank, which expressly incorporated the terms of the Master Services

Agreement. Pursuant to the Third Party Sender Services Agreement, KeyBank agreed to perform Automatic Clearing House ("ACH") / Electronic Data Interchange Services for Interlogic in change for payment of certain fees. A copy of the Third Party Sender Agreement is attached hereto as **Exhibit 2**.

9. On July 8, 2019, KeyBank was informed by Mr. Khan that checks deposited with KeyBank were drawn on an account at a different bank with insufficient funds (the "Overdraw").

10. KeyBank is asserts that the Overdraw constitutes a breach of the Master Services Agreement by Interlogic. KeyBank also asserts that Mr. Khan executed a personal guaranty of the Master Services Agreement. Despite his repeated requests, KeyBank has never produced a guarantee of the Master Services Agreement or any related agreement to Mr. Khan.

11. To continue to provide the services provided for in the Master Services Agreement and related agreements for Interlogic, KeyBank required that Mr. Khan pledge all of his assets and all of the assets of various businesses that he solely owns as security for repayment of amounts KeyBank claims is due and owing to it, even though Mr. Khan and the businesses had no obligations under the Master Services Agreement and were not receiving services.

### *Khan Lien, Khan Vehicle Liens and Khan Stock Transfers*

12. On July 12, 2019 (less than 90 days before the Petition Date), Mr. Khan executed a Security Agreement granting Keybank a security interest in all of his assets ("Khan Security Agreement"). A copy of the Khan Security Agreement is attached hereto as **Exhibit 3**.

13. On July 12, 2019 (less than 90 days before the Petition Date), Khan also executed a Pledge Agreement under which Mr. Khan pledged his interests in capital stock and other equity

Case 19-30495-hcd    Doc 271    Filed 01/28/20    Page 3 of 10

interests to KeyBank as collateral. A copy of the Pledge Agreement is attached hereto as **Exhibit 4**.

14. On July 15, 2019 (less than 90 days before the Petition Date), Keybank filed a UCC-1 Financing Statement with the Michigan Secretary of State indicating it has a security interest in all of Mr. Khan's assets ("Khan Lien"). A copy of the Khan Lien is attached hereto as **Exhibit 5**.

15. On July 15, 2019 (less than 90 days before the Petition Date), Mr. Khan executed a Limited Power of Attorney in favor of KeyBank, which authorized it to take any action necessary to have it listed as a lienholder on the titles to all vehicles owned by Mr. Khan. A copy of the Limited Power of Attorney is attached hereto as **Exhibit 6**.

16. Upon information and belief, KeyBank has attempted to list itself as a lienholder on the titles to the all vehicles owned by Mr. Khan. The liens on the vehicle titles shall be referred to herein as the "Khan Vehicle Liens."

17. On July 19, 2019 (less than 90 days before the Petition Date), Mr. Khan executed an Amended and Restated Security Agreement under which he again granted KeyBank a security interest in all of his assets ("Amended Khan Security Agreement"). A copy of the Amended Khan Security Agreement is attached hereto as **Exhibit 7**.

18. On July 19, 2019 (less than 90 days before the Petition Date), Khan also executed a First Amendment to Pledge Agreement. The First Amendment to the Pledge Agreement provides for a new Exhibit A to the Pledge Agreement setting forth the capital stock and other equity interests owned by Mr. Khan that were pledged to KeyBank as collateral. A copy of the First Amendment to Pledge Agreement and the stock transfers are attached hereto as **Exhibit 8**. The pledge of Khan's capital stock and other equity interests to KeyBank shall be referred to herein as the "Khan Stock Transfers."

19. Mr. Khan was not fully and adequately represented by independent counsel when dealing with KeyBank as related to those agreements. He was also not given an opportunity to review the documents. Mr. Khan was simply provided the signature pages for the documents and told to sign.

### *Sarah Air Lien*

20. On July 19, 2019 (less than 90 days before the Petition Date), Sarah Air, LLC ("Sarah Air"), an Indiana limited liability company solely owned by Mr. Khan, executed a Security Agreement granting KeyBank a security interest in all of its assets ("Sarah Air Security Agreement"). A copy of the Sarah Air Security Agreement is attached hereto as **Exhibit 9**.

21. On July 19, 2019 (less than 90 days before the Petition Date), Sarah Air also executed an Aircraft Security Agreement under which it granted a security interest in its aircrafts ("Sarah Air Aircraft Security Agreement"). A copy of the Sarah Air Aircraft Security Agreement is attached hereto as **Exhibit 10.**

22. On July 22, 2019 (less than 90 days before the Petition Date), Keybank filed a UCC-1 Financing Statement with the Indiana Secretary of State indicating it has a security interest in all of Sarah Air's assets ("Sarah Air Lien"). A copy of the Sarah Air Lien is attached as **Exhibit 11**.

### *Khan Aviation Obligation and Lien*

23. On July 19, 2019 (less than 90 days before the Petition Date), Khan Aviation, Inc. ("Khan Aviation"), an Indiana Corporation that is solely owned by Mr. Khan, executed a Guaranty of Payment under which it guaranteed payment to KeyBank of alleged obligations due

5

and owing to KeyBank by Interlogic ("Khan Aviation Obligation"). A copy of the Khan Aviation Guaranty of Payment is attached hereto as **Exhibit 12**.

24. On July 19, 2019 (less than 90 days before the Petition Date), Khan Aviation executed a Security Agreement granting KeyBank a security interest in all of its assets ("Khan Aviation Security Agreement"). A copy of the Khan Aviation Security Agreement is attached hereto as **Exhibit 13.**

25. On July 19, 2019 (less than 90 days before the Petition Date), Khan Aviation also executed an Aircraft Security Agreement under which it granted a security interest in its aircrafts ("Khan Aircraft Security Agreement"). A copy of the Khan Aircraft Security Agreement is attached hereto as **Exhibit 14.**

26. On July 22, 2019 (less than 90 days before the Petition Date), Keybank filed a UCC-1 Financing Statement with the Indiana Secretary of State indicating it has a security interest in all of Khan Aviation's assets ("Khan Aviation Lien"). A copy of the Khan Aviation Lien is attached as **Exhibit 15**.

### *KRW Obligation, KRW Lien and KRW Mortgage*

27. On July 19, 2019 (less than 90 days before the Petition Date), KRW Investments, Inc. ("KRW"), an Indiana corporation solely owned by Mr. Khan, executed a Guaranty of Payment under which it guaranteed payment to KeyBank of alleged obligations owing to KeyBank. A copy of the Guaranty of Payment is attached hereto as **Exhibit 16**.

28. On July 19, 2019 (less than 90 days before the Petition Date), KRW executed a Security Agreement granting KeyBank a security interest in all of its assets ("KRW Security Agreement"). A copy of the KRW Security Agreement is attached hereto as **Exhibit 17**.

Case 19-30459-hcd Doc 271 Filed 01/23/20 Page 6 of 10

29. On July 22, 2019 (less than 90 days before the Petition Date), KeyBank filed a UCC-1 Financing Statement with the Indiana Secretary of State indicating it has a security interest in all of KRW's assets ("KRW Lien"). A copy of the KRW Lien is attached as **Exhibit 18**.

30. On July 19, 2019 (less than 90 days before the Petition Date), KRW granted a Revolving Open-End Mortgage, Assignment of Leases and Rents, Assignment of Contracts, Security Agreement, and Fixture Filing to KeyBank which encumbered real property located in Martin County, Florida ("KRW Mortgage"). A copy of the KRW Mortgage is attached hereto as **Exhibit 19**.

31. The KRW Mortgage was recorded the Martin County, Florida records on August 6, 2019 (less than 90 days before the Petition Date).

### *KRW and Khan Aviation Mortgage*

32. On July 19, 2019 (less than 90 days before the Petition Date), KRW and Khan Aviation granted a Revolving Mortgage, Assignment of Leases and Rents, Assignment of Contracts, Security Agreement, and Fixture Filing to KeyBank which encumbered real property located in Elkhart County, Indiana, ("KRW and Khan Aviation Mortgage"). A copy of the KRW and Khan Aviation Mortgage is attached hereto as **Exhibit 20**.

33. Upon information and belief the KRW and Khan Aviation Mortgage has not been recorded by KeyBank in the Elkhart County, Indiana records.

### *GN Investments Obligation and Lien*

34. On July 19, 2019 (less than 90 days before the Petition Date), GN Investments, LLC ("GN Investments"), an Indiana limited liability company that is solely owned by Mr. Khan,

executed a Guaranty of Payment under which it guaranteed payment to KeyBank of alleged obligations due and owing to Keybank by Interlogic ("GN Investments Obligation"). A copy of the GN Investments Guaranty of Payment is attached hereto as **Exhibit 21.**

35. On July 19, 2019 (less than 90 days before the Petition Date), GN Investments also executed a Security Agreement granting Keybank a security interest in all of its assets ("GN Investments Security Agreement"). A copy of the GN Investments Security Agreement is attached hereto as **Exhibit 22.**

36. On July 22, 2019 (less than 90 days before the Petition Date), Keybank filed a UCC-1 Financing Statement with the Indiana Secretary of State indicating it has a security interest in all of GN Investment's assets ("GN Investments Lien"). A copy of the GN Investments Lien is attached hereto as **Exhibit 23.**

37. On July 23, 2019 (less than 90 days before the Petition Date), GN Investments executed a Limited Power of Attorney in favor of KeyBank, which authorized it to take any action necessary to have it listed as a lienholder on various vehicles owned by GN Investments. A copy of the Limited Power of Attorney is attached as **Exhibit 24**.

### *NJ Realty Deed of Trust*

38. On July 19, 2019 (less than 90 days before the Petition Date), NJ Realty, LLC ("NJ Realty"), an Arizona limited liability company that is solely owned by Khan, executed a Revolving Deed of Trust, Assignment of Leases and Rents, Assignment of Contract in favor of KeyBank ("NJ Realty Deed of Trust") which grants Key Bank an interest in real property owned by NJ Realty located in Maricopa County, Arizona, among other things. A copy of the NJ Realty Deed of Trust is attached hereto as **Exhibit 25**.

39. Upon information and belief, the NJ Realty Deed of Trust has not been recorded by KeyBank in the Maricopa County, Arizona records.

### *NAK Holdings Vehicle Liens*

40. On July 23, 2019 (less than 90 days before the Petition Date), NAK Holdings executed a Limited Power of Attorney, which authorized it to take any action necessary to have it listed as a lienholder on various vehicles owned by NAK Holdings. A copy of the Limited Power of Attorney is attached as **Exhibit 26.**

41. Upon information and belief, KeyBank has attempted to list itself as a lienholder on the titles to the all vehicles owned by NAK Holding. The liens on the vehicle titles shall be referred to herein as the "NAK Holdings Vehicle Liens.

### *Sale of Sarah Air Aircraft*

42. In August of 2019 (less than 90 days before the Petition Date), Sarah Air sold a 2018 ICON Aircraft ("Aircraft") for the amount of $290,000.

43. Pursuant to the terms of the Sarah Air Aircraft Security Agreement, Sarah Air was required to turn over the proceeds of the sale of the Aircraft to KeyBank.

44. On August 13, 2019, the $290,000 was wired by Sarah Air to KeyBank and, upon information and belief, deposited into a KeyBank account on behalf of Sarah Air.

### *Sale of Khan Aviation Helicopter*

45. In August of 2019 (less than 90 days before the Petition Date), Khan Aviation sold a 2007 Enstrom 480B Helicopter for the amount of $538,000.00.

46. Pursuant to the terms of the Khan Aviation Aircraft Security Agreement, Khan Aviation was required to turn over the proceeds of the sale of the Helicopter to KeyBank.

47. On August 30, 2019, the amount of $525,000.00 was paid to KeyBank and upon information and belief deposited in a KeyBank account on behalf of Khan Aviation, Inc.

### *Sale of KRW Storage Building*

48. In October of 2019 (less than 90 days before the Petition Date), KRW sold a storage building located in Stuart, Florida (address 7818 Southwest Jack James Drive, Unit 127) for the net proceeds of $350,000.00.

49. Pursuant to the terms of the KRW Mortgage, KRW was required to turn over the proceeds of the sale of the storage building to KeyBank.

50. On October 7, 2019 $350,000.00 was wired to KeyBank and, upon information and belief, deposited in a KeyBank account on behalf of KRW.

### *Bankruptcy Filings*

51. On October 8, 2019 ("Petition Date"), Mr. Khan, Sarah Air, Khan Aviation, KRW Investments, GN Investments, NJ Realty, and NAK Holdings, filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in this Court.

**COUNT ONE**
**AVOIDANCE OF KHAN LIEN UNDER 11 U.S.C. § 547(b)**

52. The Debtors incorporate the allegations in Paragraph 1 thru 51 as though fully set forth herein.

53. The Khan Lien is a transfer of an interest of Mr. Khan in property that occurred within the 90 days prior to the Petition Date. Mr. Khan granted a security interest in all of his

10